# United States District Courts

WESTERN DISTRICT OF TEXAS

United States of America             **WARRANT FOR ARREST**

v.

(1) Jose Galeas-Serrano            Case Number:
DR:18-M -03825(1)

**To: The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest     (1) Jose Galeas-Serrano
                                                                  Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[ ] Indictment    [ ] Information    [X] Complaint    [ ] Order of Court    [ ] Violation Notice    [ ] Probation Violation Petition

charging him or her with (brief description)

*On April 27, 2018, GALEAS-SERRANO, Jose was apprehended at the T-916 Border Patrol Checkpoint in Carrizo Springs, Texas for being in possession of a fraudulent permanent resident card (I-551) and a social security card. GALEAS admitted paying $300 USD for both false documents and knowingly presenting them to further himself into the United States. He also admitted to being illegally present in the United States.*

*in violation of Title*    **18**    United States Code, Section(s)    **1028(a)(4)**

VICTOR ROBERTO GARCIA            UNITED STATES MAGISTRATE JUDGE
Name of Issuing Officer                         Title of Issuing Officer

*[signature]*                      April, 30, 2018 DEL RIO, Texas
Signature of Issuing Officer                   Date and Location

Bail Fixed at $ _____ by _____
                                                    Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-name defendant at DEL RIO, Texas. | | |
| Date Received<br>April 30, 2018 | Name and Title of Arresting Officer | Signature of Arresting Officer |
| Date of Arrest<br>April 27, 2018 | Sullivan, Caleb R<br>Border Patrol Agent | *[signature]* |