FILED

MAY 16 2018

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | CRIMINAL NO.<br><br>**INFORMATION** |
| v. | § § § § § | [VIO: Count One: 18 U.S.C. §1028(a)(4); Possession of Identification Document with Intent to Defraud the United States] |
| JOSE GALEAS-SERRANO | § | |

THE UNITED STATES ATTORNEY CHARGES: **DR18CR0922**

## COUNT ONE

[18 U.S.C. § 1028(a)(4)]

That on or about April 27, 2018, in the Western District of Texas, Defendant,

**JOSE GALEAS-SERRANO,**

did knowingly possess an identification document not issued lawfully for the use of the Defendant, to wit: a Permanent Resident Card (I-551) and a Social Security Card, with the intent that such documents be used to defraud the United States, in violation of Title 18 United States Code, Section 1028(a)(4).

JOHN F. BASH
United States Attorney

By: _____
JODY GILZENE
Assistant United States Attorney

**DR18CR0922**

SEALED:
UNSEALED: XX

# PERSONAL DATA SHEET
## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## DEL RIO DIVISION

COUNTY: DIMMIT                             USAO #: 2018R09214

DATE: MAY 16, 2018                         MAG. CT. #: DR18-03825M

AUSA: JODY GILZENE

DEFENDANT: JOSE GALEAS-SERRANO

CITIZENSHIP: MEXICO

INTERPRETER NEEDED: YES        LANGUAGE: SPANISH

DEFENSE ATTORNEY: REGINALD VAN WADE

ADDRESS OF ATTORNEY: 123 MEANDERING WAY, DEL RIO, TEXAS 78840

DEFENDANT IS: DETAINED        DATE OF ARREST: APRIL 27, 2018

BENCH WARRANT NEEDED: NO

PROBATION OFFICER: N/A

NAME AND ADDRESS OF SURETY: N/A

YOUTH CORRECTIONS ACT APPLICABLE: NO

PROSECUTION BY: INFORMATION

OFFENSE: (Code & Description) 18 U.S.C. § 1028(a)(4) – POSSESSION OF IDENTIFICATION DOCUMENT WITH INTENT TO DEFRAUD.

OFFENSE IS A: MISDEMEANOR

MAXIMUM SENTENCE: UP TO ONE YEAR IMPRISONMENT, NOT MORE THAN $100,000 FINE; UP TO 5 YEARS PROBATION; UP TO ONE YEAR SUPERVISED RELEASE; $25 SPECIAL ASSESSMENT FOR EACH COUNT OF CONVICTION.

PENALTY IS MANDATORY: YES & NO

REMARKS: SEE ABOVE

W/DT-CR-3